FRANKLIN STEELE, as Administrator with the Will Annexed of LOUISE GWYNNE, Deceased, Appellant and Respondent, *v.* JAMES M. LEOPOLD et al., as Copartners under the Firm Name of JAMES M. LEOPOLD & Co., Respondents and Appellants, Impleaded with Others.

*Steele* v. *Leopold,* 135 App. Div. 247, affirmed.
(Argued January 20, 1911; decided February 7, 1911.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1910, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover certain trust funds alleged to have been wrongfully diverted.

*C. R. Waterbury* for plaintiff, appellant and respondent.

*Edmond E. Wise* for defendants, respondents and appellants.

On plaintiff's appeal the judgment of the Appellate Division is modified, so that instead of reducing the judgment in favor of the plaintiff a new trial is ordered, with costs to abide the event. If, however, within ten days plaintiff files in this court a stipulation waiving his appeal, then the judgment of the Appellate Division is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.